**Fill in this information to identify the case:**

Debtor name  __SARAH'S COFFEE HOUSE, INC.__

United States Bankruptcy Court for the: _____  District of **CONNECTICUT** (State)

Case number (If known):  __18-21636 jjt__

☑ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders          12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | STATE OF CT DEPT. OF REVENUE SERVICES | 450 COLUMBUS BLVD. HARTFORD, CT 06103 | TAXES | N/A | N/A | N/A | $30,000.00 |
| 2 | THE HOTEL ROYAL LIMITED LIABILITY COMPANY | 255 ASYLUM ST. HARTFORD, CT 06103 | BACK RENT | N/A | N/A | N/A | $15,986.00 |
| 3 | EVEREST BUSINESS FUNDING | 8200 NW 52ND TER. FL 2 DORAL, FL 33166 888-342-5709 | LOAN | N/A | N/A | N/A | $12,470.00 |
| 4 | STRATEGIC FUNDING | 2500 DISCOVERY BLVD. STE. 200 ROCKWELL, TX 75032 800-780-7133 | LOAN | N/A | N/A | N/A | $10,799.00 |
| 5 | ACCION | 80 MAIDEN LN. STE. 903 NEW YORK, NY 10038 866-245-0783 | LOAN | N/A | N/A | N/A | $9,993.00 |
| 6 | KABBAGE | 925B PEACHTREE ST. NE STE. 1688 ATLANTA, GA 30309 888-986-8263 | LOAN | N/A | N/A | N/A | $7,387.00 |
| 7 | U.S. INTERNAL REVENUE SERVICE | 135 HIGH ST. HARTFORD, CT 06103 800-829-4933 | TAXES | N/A | N/A | N/A | $5,000.00 |
| 8 | EVERSOURCE | P.O. BOX 56002 BOSTON, MA 02205 800-286-2828 | PAST-DUE UTILITY BILL | N/A | N/A | N/A | $2,000.00 |

| Debtor | SARAH'S COFFEE HOUSE, INC. | | | Case number (if known) | 18-21636 jjt | |
|---|---|---|---|---|---|---|

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|---|
| 9 | COMCAST | P.O. BOX 21828 EAGAN, MN 55121 | PAST-DUE UTILITY BILL | N/A | N/A | N/A | $1,903.00 |
| 10 | THE HARTFORD INSURANCE COMPANY | P.O. BOX 660916 DALLAS, TX 75266 860-547-5000 | PAST-DUE INSURANCE BILL | N/A | N/A | N/A | $1,705.00 |
| 11 | TIMLINE PRODUCTS | 695 OAKWOOD AVE. W. HARTFORD, CT 06610 (860) 548-0111 | OUTSTANDING BALANCE FOR GOODS | N/A | N/A | N/A | $1,500.00 |
| 12 | GORDON FOODS SERVICES | P.O. BOX 1781 GRAND RAPIDS, MI 49501 (616) 530-7000 | OUTSTANDING BALANCE FOR GOODS | N/A | N/A | N/A | $1,291.00 |
| 13 | SACCUZZO COFFEE COMPANY | 149 LOUIS ST. NEWINGTON, CT 06111 (860) 665-1101 | OUTSTANDING BALANCE FOR GOODS | N/A | N/A | N/A | $993.00 |
| 14 | COMPREHENSIVE BUSINESS SOLUTIONS | 87 MAIN ST. MANCHESTER, CT 06103 (860) 645-0273 | OUTSTANDING BALANCE FOR SERVICES | N/A | N/A | N/A | $600.00 |
| 15 | CT NATURAL GAS | P.O. BOX 9245 CHELSEA, MA 02150 860.727.3000 | PAST-DUE UTILITY BILL | N/A | N/A | N/A | $412.00 |
| 16 | FRONTIER COMMUNICATIONS | P.O. BOX 740407 CINCINNATI, OH 45274 | PAST-DUE UTILITY BILL | N/A | N/A | N/A | $190.00 |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2