United States Bankruptcy Court
District of Connecticut

In re:                                                                                      Case No. 18-21636-jjt
Sarah's Coffee House, Inc.                                                                  Chapter 11
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0205-2          User: lwatson              Page 1 of 2           Date Rcvd: Oct 23, 2018
                              Form ID: pdfdoc10          Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2018.
```
db           +Sarah's Coffee House, Inc.,    P.O. Box 4070,    Hartford, CT 06147-4070
cr           +The Hotel Royal Limited Liability Company,    c/o Stackpole Moore Tryon, Attn. Ronald,
              242 Trumbull Street,    Hartford, CT 06103-1213
8955550      +AARON'S FURNITURE & EQUIPMENT,    720 SILVER LN.,    E. HARTFORD, CT 06118-1230
8955554       AARON'S FURNITURE & EQUIPMENT,    Attn: President,    720 SILVER LN.,
              E. HARTFORD, CT 06118-1230
8954325      +Aaron's Furniture & Equipment,    Attn: President,    720 Silver Lane,
              East Hartford, CT 06118-1230
8954321      +Action Loan,    Attn: President,    80 Maiden Lane, Ste. 903,    New York, NY 10038-4740
8954312      +CT Natural Gas,    Attn: President,    PO Box 9245,    Chelsea, MA 02150-9245
8954310      +Comcast,    Attn: President,    PO box 21828,    Eagan, MN 55121-0828
8954314      +Comprehensive Business Solutions,    Attn: President,    87 Main Street,
              Manchester, CT 06042-3141
8954322      +Everest Business Funding,    Attn: President,    9800 Center Parkway,    Ste. 806,
              Houston, TX 77036-8271
8954317      +Eversource,    Attn: President,    PO Box 56002,    Boston, MA 02205-6002
8958042      +Gordon Food Service, Inc.,    1300 Gezon Pkwy SW,    Wyoming, MI 49509-9302
8954311      +Gordon Food Services,    Attn: President,    PO Box 1787,    Grand Rapids, MI 49501-1787
8954319      +IRS,    Attn: President,    333 Scott Street,    Carrington, KY 41011-1538
8954323      +Kabbage Merchant Loan,    925B Peachtree St. NE,    Ste 1688,    Atlanta, GA 30309-3918
8954308      +Saccuzzo Coffee Company,    Attn: President,    149 Louis Street,    Newington, CT 06111-4517
8954313      +State of CT DRS,    Attn: President,    450 Columbus Blvd.,    Hartford, CT 06103-1835
8954320      +Strategic Funding Merchant Loan,    Attn: President,    2500 Discover Blvd., Ste. 200,
              Rockwell, TX 75032-6335
8954316      +The Hartford Insurance,    Attn: President,    PO Box 660916,    Dallas, TX 75266-0916
8954315      +The Hotel Royal LLC,    Attn: President,    255 Asylum Street,    Hartford, CT 06103-1506
8955527      +The Hotel Royal Limited Liability Company,    c/o Raymond C. Bliss,
              OSullivan McCormack Jensen & Bliss PC,    100 Great Meadow Road, Suite 100,
              Wethersfield, CT 06109-2361
8954309      +Tim Line Products,    Attn: President,    695 Oakwood Avenue,    West Hartford, CT 06110-1506
8954324       Time Payment & Lease,    Attn: President,    1600 Discount Ave.,    Ste. 200,
              Burlington, MA 01803
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty           +E-mail/Text: ustpregion02.nh.ecf@usdoj.gov Oct 23 2018 18:41:40     Steven E. Mackey,
               Office of the U.S. Trustee,    The Giaimo Federal Building,    150 Court Street, Room 302,
               New Haven, CT 06510-2022
8954318       +E-mail/Text: bankruptcynotification@ftr.com Oct 23 2018 18:42:00     Frontier Communications,
               Attn: President,    PO Box 740407,    Cincinnati, OH 45274-0407
                                                                                               TOTAL: 2
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
8955540          ACCION,    80 MAIDEN LN.,    STE. 903
8955547          ATLANTA, GA 30309
8955532          BOSTON, MA 02205
8955549          BURLINGTON, MA 01803
8955522          CHELSEA, MA 02150
8955534          CINCINNATI, OH 45274
8955517          COMCAST,    P.O. BOX 21828
8955525          COMPREHENSIVE BUSINESS SOLUTIONS,    87 MAIN ST.
8955521          CT NATURAL GAS,    P.O. BOX 9245
8955530          DALLAS, TX 75266
8955544          DORAL, FL 33166
8955518          EAGAN, MN 55121
8955542          EVEREST BUSINESS FUNDING,    8200 NW 52ND TER.
8955531          EVERSOURCE,    P.O. BOX 56002
8955543          FL 2
8955533          FRONTIER COMMUNICATIONS,    P.O. BOX 740407
8955519          GORDON FOODS SERVICES,    P.O. BOX 1781
8955520          GRAND RAPIDS, MI 49501
8955524          HARTFORD, CT 06103
8955528          HARTFORD, CT 06103
8955536          HARTFORD, CT 06103
8955545          KABBAGE,    925B PEACHTREE ST. NE
8955526          MANCHESTER, CT 06103
8955541          NEW YORK, NY 10038
8955514          NEWINGTON, CT 06111
8955539          ROCKWELL, TX 75032
8955513          SACCUZZO COFFEE COMPANY,    149 LOUIS ST.
8955523          STATE OF CT DEPT. OF REVENUE SERVICES,    450 COLUMBuS BLVD
8955546          STE. 1688
8955538          STE. 200
8955537          STRATEGIC FUNDING,    2500 DISCOVERY BLVD.
8955529          THE HARTFORD INSURANCE COMPANY,    P.O. BOX 660916
```

```
District/off: 0205-2           User: lwatson              Page 2 of 2         Date Rcvd: Oct 23, 2018
                               Form ID: pdfdoc10          Total Noticed: 25

             ***** BYPASSED RECIPIENTS (continued) *****
8955548         TIME PAYMENT,    1600 DISTRICT AVE.
8955515         TIMLINE PRODUCTS,    695 OAKWOOD AVE.
8955535         U.S. INTERNAL REVENUE SERVICE,    135 HIGH ST.
8955516         W. HARTFORD, CT 06610
                                                                                    TOTALS: 36, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2018 at the address(es) listed below:
          Antonio  Del Mastro    on behalf of Debtor    Sarah's Coffee House, Inc.
           antoniodelmastroesq@gmail.com
          Raymond C. Bliss    on behalf of Creditor    The Hotel Royal Limited Liability Company
           rbliss@omjblaw.com
          U. S. Trustee    USTPRegion02.NH.ECF@USDOJ.GOV
                                                                                             TOTAL: 3
```

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | : | CHAPTER | 11 |
| | : | | |
| SARAH'S COFFEE HOUSE, INC., | : | CASE NO. | 18-21636 (JJT) |
| | : | | |
| DEBTOR. | : | RE: ECF NO. | 12 |

**ORDER DISMISSING CHAPTER 11 DEBTOR'S CASE**

Pending before the Court is the United States Trustee's Motion for an Order Dismissing the Chapter 11 Case ("Motion," ECF No. 12) pursuant to 11 U.S.C. § 1112(b). The Court held a combined hearing on the Motion and a Case Management Conference (ECF No. 6) on October 18, 2018, where Sarah's Coffee House, Inc. ("Debtor") objected to the Motion on the record and proceeded to delineate its business profile for the Court. After notice and hearing, the Court finds it is in the best interests of the creditors and the Chapter 11 bankruptcy estate to dismiss the Chapter 11 case for cause elaborated herein.

The Debtor is a relative newcomer to downtown Hartford. Its welcomed coffeehouse has suffered the misfortune of loss of management, accretion of over $100,000.00 in debt, accrual of unpaid sales taxes, closure of its bar, expiration of its liquor license, and litigation with its landlord. Several months of rent are also unpaid. The Debtor's Chapter 11 filing on October 2, 2018 (ECF No. 1) was precipitated by an imminent eviction trial,[1] where the outcome could end the business. That trial has been stayed. Despite a claimed $20,000.00 grievance with its landlord, the Debtor did not file a defense to the eviction.

---

[1] The case is *Hotel Royal, LLC v. Sarah's Coffee House, Inc.*, Superior Court, Judicial District of Hartford, Docket No. CV-18-6010052-S.

The Debtor claims merely $9,553.12 in tangible assets and $200.00 in its bank account. The Motion's main argument for dismissal is the lack of adequate and current insurance coverage protecting the Chapter 11 bankruptcy estate and the general public.[2] The Debtor is fundamentally not positioned to continue or reorganize with its profile. It has no financial support to draw upon, has not addressed management problems, and has no ostensible way to pay its legal counsel, accountants, or to fund a Chapter 11 plan. Having the opportunity at the Court hearing to rebut these mounting concerns, the Debtor was unable to provide any practical or realistic solutions. Taken together, these issues provide sufficient cause for the Court to dismiss the case under 11 U.S.C. § 1112(b). The owner's passion and commitment to the business notwithstanding, its foreseeable course is administrative insolvency and a profoundly unproductive stay in Chapter 11.

Its lease is critical to its future. Settlement or adjudication of that issue cannot be avoided. Remarkably, its other creditors have not yet knocked at the Debtor's door. However, without meaningful assets, a lease, resources to cure or litigate that eviction contest, or a tenable and realistic alternative, this case does not serve a bona fide bankruptcy purpose.

Accordingly, based on the record of the Motion and the Case Management Conference, the Motion is GRANTED, and this case is DISMISSED with a bar against the Debtor to refiling as a Chapter 11 case unless the lease is cured or reinstated, or a new lease is secured, management is hired, and the filing is supported by sufficient capital to fund administrative operations and a Chapter 11 plan.

IT IS SO ORDERED at Hartford, Connecticut on this 23rd day of October 2018.

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut

---

[2] At the hearing, the Debtor belatedly provided the United States Trustee with proof of a recently financed (without Court approval) insurance policy. While the policy may satisfy the United States Trustee's demands, it is entirely unclear to the Court how the Debtor will maintain the insurance coverage and make policy payments with only $200.00 in the bank.